BEFORE THE SECOND DIVISION, SEPTEMBER 26, 1963

No. 68009.—Patrick & Graves and TAP Equipment Company *v*. United States, protest 59/18183 (Galveston).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of tractor parts similar in all material respects to those the subject of Abstract 63560, the claim of the plaintiffs was sustained.

No. 68010.—T.A.P. Equipment Co., DBA Thrifty Equipment Co., et al. *v*. United States, protests 61/13478, etc. (Los Angeles).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of tractor parts similar in all material respects to those the subject of Abstract 63560, the claim of the plaintiffs was sustained.

No. 68011.—Frank P. Dow Co., Inc., and General Electric Co. *v*. United States, protest 60/10146(B) (San Francisco).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of a "Theratron Junior Therapy Unit, including Cobalt 60 Source," imported for the use of a nonprofit organization, similar in all material respects to that the subject of Abstract 67075, the claim of the plaintiffs was sustained.